UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
50460
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
856-866-0100
Attorney for Sun Trust Bank, now known as Truist Bank

**Order Filed on April 2, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

RICHARD DALBO
DAWN ANN DALBO

Case No.: 19-28306

Adv. No.:

Hearing Date: 3-4-20

Judge: CMG

# ORDER FOR MONTHLY PAYMENTS AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: April 2, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**Richard and Dawn Dalbo**
**19-28306(CMG)**
**Order Providing for Monthly Payments for Stay Relief under Certain Circumstances**
**Page 2**

This matter having been brought on before this Court on motion for stay relief filed by John R. Morton, Jr., Esq., attorney for Sun Trust Bank, now known as Truist Bank, with the appearance of MaryBeth Schroeder, Esq. on behalf of the debtors, and this order having been filed with the Court and served upon the debtors and their attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. That Sun Trust Bank, now known as Truist Bank is the holder of a first purchase money security interest encumbering a 2019 Honda Passport bearing vehicle identification number 5FNYF7H98KB000815 49582 (hereinafter the "vehicle").

2. The debtors shall make all retail installment contract payments to Sun Trust Bank, now known as Truist Bank when due, being the 25th day of each month. In the event the debtors fail to make any payment for a period of 30 days after it falls due, Sun Trust Bank, now known as Truist Bank shall receive stay relief to repossess and sell the vehicle by filing a certification of nonpayment and serving it upon the debtors and their attorney.

3. The debtors shall maintain insurance on the vehicle in accordance with the terms of the retail installment contract. In the event of a lapse of insurance for any period of time without intervening coverage, Sun Trust Bank, now known as Truist Bank shall receive to repossess and sell the vehicle by filing a certification of lapse of insurance and serving it upon the debtors and their attorney.

4. The debtors shall pay to Sun Trust Bank, now known as Truist Bank through the plan, a counsel fee of $531 which shall be paid by the trustee as an administrative priority expense.

United States Bankruptcy Court
District of New Jersey

In re:  
Richard Dalbo  
Dawn Ann Dalbo  
    Debtors

Case No. 19-28306-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Apr 02, 2020  
                     Form ID: pdf903      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2020.  
db          Richard Dalbo,   6125 Galleon Way,   Tampa, FL  33615-3635  
jdb         Dawn Ann Dalbo,  5 Rio Ct,   Toms River, NJ  08757-4132

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2020                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2020 at the address(es) listed below:  
        Albert  Russo    docs@russotrustee.com  
        Denise E. Carlon    on behalf of Creditor    AmeriHome Mortgage Company, LLC     dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        John R. Morton, Jr.    on behalf of Creditor    SunTrust Bank now Truist Bank     ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
        MaryBeth  Schroeder    on behalf of Debtor Richard  Dalbo marybeth@schroedermb-law.com  
        MaryBeth  Schroeder    on behalf of Joint Debtor Dawn Ann Dalbo marybeth@schroedermb-law.com  
        Rebecca Ann Solarz    on behalf of Creditor    AmeriHome Mortgage Company, LLC     rsolarz@kmllawgroup.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
      TOTAL: 7