| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>In Re:<br><br>Richard Dalbo | Case No.: _____19-28306_____<br>Chapter: _____13_____<br>Judge: _____CMG_____ |

# NOTICE OF FAILURE TO FILE SUPPLEMENTAL DOCUMENTS CONCERNING SCHEDULES

TO: __Marybeth Schroeder__

This will confirm that on _____May 12, 2020_____ the following document(s) was filed by you.

☒  Amendment to Schedule(s)  J_____,

☐  Missing Documents, including Schedule(s) _____,

This will further confirm that the court has not received the following supplemental documents:

☒  Declaration About an Individual Debtor's Schedules (106 Declaration)

☒  An updated Summary of Your Assets and Liabilities and Certain Statistical Information (106 Summary) [Schedules A/B, D, E/F, I and J ONLY]

☐  Declaration Under Penalty of Perjury for Non-Individual Debtors (202 Declaration)

☐  An updated Summary of Assets and Liabilities for Non-Individuals (206 Summary) [Schedules A/B, D and E/F ONLY]

You are hereby notified that the document(s) indicated above must be filed within 7 days from the date of this notice.

Dated: May 12, 2020                                    Jeanne A. Naughton, Clerk

*rev.1/4/17*

```
                      United States Bankruptcy Court
                            District of New Jersey
```

In re:                                                      Case No. 19-28306-CMG
Richard Dalbo                                               Chapter 13
Dawn Ann Dalbo
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1         Date Rcvd: May 12, 2020
                              Form ID: pdf903          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 14, 2020.
db              Richard Dalbo,    6125 Galleon Way,    Tampa, FL  33615-3635
jdb             Dawn Ann Dalbo,   5 Rio Ct,   Toms River, NJ  08757-4132

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2020                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 12, 2020 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   AmeriHome Mortgage Company, LLC
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    SunTrust Bank now Truist Bank
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              MaryBeth   Schroeder    on behalf of Debtor Richard   Dalbo marybeth@schroedermb-law.com
              MaryBeth   Schroeder    on behalf of Joint Debtor Dawn Ann Dalbo marybeth@schroedermb-law.com
              Rebecca Ann Solarz    on behalf of Creditor   AmeriHome Mortgage Company, LLC
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7