Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–28306–CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Richard Dalbo
6125 Galleon Way
Tampa, FL 33615–3635

Dawn Ann Dalbo
5 Rio Ct
Toms River, NJ 08757–4132

Social Security No.:
xxx–xx–9759

xxx–xx–0740

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:  6/17/20
Time:  12:00 PM
Location:  Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
MaryBeth Schroeder, Debtor's Attorney

COMMISSION OR FEES
Fees: $1,760.00

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

☑    will not reduce the amount to be paid to general unsecured creditors under the plan.

☐    will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: May 20, 2020
JAN:

                                                  Jeanne Naughton
                                                  Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey

In re:                                                         Case No. 19-28306-CMG
Richard Dalbo                                                  Chapter 13
Dawn Ann Dalbo
        Debtors                     CERTIFICATE OF NOTICE
District/off: 0312-3         User: admin              Page 1 of 2                Date Rcvd: May 20, 2020
                             Form ID: 137             Total Noticed: 49


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 22, 2020.
db             Richard Dalbo,    6125 Galleon Way,    Tampa, FL 33615-3635
jdb            Dawn Ann Dalbo,    5 Rio Ct,    Toms River, NJ 08757-4132
r             +Steve LoTiempio,    Arista Realty Group,    507 Tapatio Lane,    Poinciana, Fl 34759-3619
cr            +SunTrust Bank now Truist Bank,    C/O Morton & Craig, LLC,    110 Marter Ave. Suite 301,
               Moorestown, NJ 08057-3124
518478736      Amerihome Mtg Co, LLC,    21300 Victory Blvd,    Woodland Hills, CA 91367-2525
518478737      Barclaycard,    PO Box 8833,    Wilmington, DE 19899-8833
518478738      Barclays Bank Delaware,    PO Box 8803,    Wilmington, DE 19899-8803
518478741     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Cbna,    50 NW Point Blvd,    Elk Grove Village, IL 60007-1032)
518601184      Citibank, N.A.,    5800 S Corporate Pl,    Sioux Falls, SD 57108-5027
518478745      Diamond Resorts,    PO Box 8526,    Coral Springs, FL 33075-8526
518482372     +Diamond Resorts US Collection,    POB 845189,    Dallas, TX 75284-5189
518478747      Eagle Peak Emergency Phys,    PO Box 80150,    Philadelphia, PA 19101-1150
518534167      First Florida Credit Union,    Post Office Box 3637,    Tallahassee FL 32315-3637
518478752      NPAS,    PO Box 99400,    Louisville, KY 40269-0400
518589749     +PNC Bank NA,    Bankruptcy Department,    PO BOX 94982,    Cleveland, OH 44101-4982
518478753     +Pnc Bank, N.A.,    1 Financial Pkwy,    Kalamazoo, MI 49009-8002
518507017     +Poinciana Medical Center,    Resurgent Capital Services,    PO Box 1927,
               Greenville, SC 29602-1927
518512051     +SunTrust Bank,    Attn: Support Services,    P.O. Box 85092,    Richmond, VA 23286-0001
518478755      Suntrust Bank,    PO Box 85526,    Richmond, VA 23285-5526

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 20 2020 22:38:48      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 20 2020 22:38:46      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
518478735     +E-mail/Text: bkrpt@retrievalmasters.com May 20 2020 22:38:46
               American Medical Collection Agency,    4 Westchester Plz,    Elmsford, NY 10523-1615
518552937     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 20 2020 22:48:06
               Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518478739      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 20 2020 22:47:55
               Capital One Bank USA N,    PO Box 30281,    Salt Lake City, UT 84130-0281
518478740      E-mail/PDF: gecsedi@recoverycorp.com May 20 2020 22:47:45      Carecredit,    PO Box 960061,
               Orlando, FL 32896-0061
518478742      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 20 2020 22:38:33      Comenitybank/kay,
               PO Box 182789,    Columbus, OH 43218-2789
518478743      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 20 2020 22:38:33      Comenitycb/hsn,
               PO Box 182120,    Columbus, OH 43218-2120
518478744      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 20 2020 22:38:33      Comenitycb/overstock,
               PO Box 182120,    Columbus, OH 43218-2120
518493987      E-mail/Text: mrdiscen@discover.com May 20 2020 22:38:15      Discover Bank,
               Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
518478746      E-mail/Text: mrdiscen@discover.com May 20 2020 22:38:15      Discover Fin Svcs LLC,
               PO Box 15316,    Wilmington, DE 19850-5316
518478748      E-mail/Text: legal@firstflorida.org May 20 2020 22:38:44      First Florida Credit U,
               500 W 1st St,    Jacksonville, FL 32202-3939
518530140      E-mail/Text: legal@firstflorida.org May 20 2020 22:38:44      First Florida Credit Union,
               Post Office Box 43310,    Jacksonville, FL 32203-3310
518576231      E-mail/Text: JCAP_BNC_Notices@jcap.com May 20 2020 22:38:54      Jefferson Capital Systems LLC,
               Po Box 7999,    Saint Cloud Mn 56302-9617
518478749     +E-mail/PDF: gecsedi@recoverycorp.com May 20 2020 22:47:47      Lowes /Synchrony Bank,
               PO Box 530914,    Atlanta, GA 30353-0914
518478750     +E-mail/Text: specialassets@northpointe.com May 20 2020 22:38:48      Northpointe Bank,
               3333 Deposit Dr NE,    Grand Rapids, MI 49546-1469
518478751     +E-mail/PDF: lossmitigation@nwfcu.org May 20 2020 22:48:06      Northwest Fcu,    PO Box 1229,
               Herndon, VA 20172-1229
518602286      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 21 2020 08:36:21
               Portfolio Recovery Associates, LLC,    c/o Diamond Resorts,    POB 41067,    Norfolk VA 23541
518478754      E-mail/PDF: HCABKNotifications@resurgent.com May 20 2020 22:48:32      Poinciana Medical Center,
               PO Box 740771,    Cincinnati, OH 45274-0771
518587398      E-mail/Text: bnc-quantum@quantum3group.com May 20 2020 22:38:41
               Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
518587402      E-mail/Text: bnc-quantum@quantum3group.com May 20 2020 22:38:41
               Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
               Kirkland, WA 98083-0788
518478757      E-mail/PDF: gecsedi@recoverycorp.com May 20 2020 22:48:45      Syncb/Care Credit,    C/o,
               PO Box 965036,    Orlando, FL 32896-5036
518478760      E-mail/PDF: gecsedi@recoverycorp.com May 20 2020 22:47:48      Syncb/Lumber Liquidato,    C/o,
               PO Box 965036,    Orlando, FL 32896-5036
```

```
District/off: 0312-3          User: admin               Page 2 of 2                  Date Rcvd: May 20, 2020
                              Form ID: 137              Total Noticed: 49

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518478762      E-mail/PDF: gecsedi@recoverycorp.com May 20 2020 22:48:19      Syncb/Sams Club,    PO Box 965005,
               Orlando, FL   32896-5005
518478756      E-mail/PDF: gecsedi@recoverycorp.com May 20 2020 22:47:45      Syncb/ashley Homestore,   C/o,
               PO Box 965036,   Orlando, FL   32896-5036
518478758      E-mail/PDF: gecsedi@recoverycorp.com May 20 2020 22:47:47      Syncb/jcp,   PO Box 965007,
               Orlando, FL   32896-5007
518478759      E-mail/PDF: gecsedi@recoverycorp.com May 20 2020 22:48:46      Syncb/lowes,   PO Box 956005,
               Orlando, FL   32801
518478761      E-mail/PDF: gecsedi@recoverycorp.com May 20 2020 22:48:14      Syncb/rakutn,   PO Box 965024,
               Orlando, FL   32896-5024
518482147     +E-mail/PDF: gecsedi@recoverycorp.com May 20 2020 22:47:46      Synchrony Bank,
               c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
518585279     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 20 2020 22:48:36      Verizon,
               by American InfoSource as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 30

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518482373      Eugene Ravenal
                                                                               TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 20, 2020 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   AmeriHome Mortgage Company, LLC
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    SunTrust Bank now Truist Bank
               ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
              MaryBeth   Schroeder    on behalf of Debtor Richard   Dalbo marybeth@schroedermb-law.com
              MaryBeth   Schroeder    on behalf of Joint Debtor Dawn Ann Dalbo marybeth@schroedermb-law.com
              Rebecca Ann Solarz    on behalf of Creditor    AmeriHome Mortgage Company, LLC
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                TOTAL: 7
```