UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
MS-7408
LAW OFFICE OF MARYBETH SCHROEDER
802 MAIN STREET, UNIT 2A
TOMS RIVER, NJ 08753
ATTORNEY FOR THE DEBTOR
732-228-7400

Order Filed on June 17, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

RICHARD AND DAWN DALBO

Case No.:       19-28306

Chapter:            13

Judge:              CMG

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: June 17, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____The Law Office of Marybeth Schroeder_____, the applicant, is allowed a fee of $ _____1000_____ for services rendered and expenses in the amount of $_____ for a total of $_____1000_____ . The allowance is payable:

    ☒ through the Chapter 13 plan as an administrative priority.

    ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____N/A_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 19-28306-CMG
Richard Dalbo                                                                   Chapter 13
Dawn Ann Dalbo
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin            Page 1 of 1            Date Rcvd: Jun 18, 2020
                               Form ID: pdf903        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 20, 2020.
db              Richard Dalbo,     6125 Galleon Way,    Tampa, FL  33615-3635
jdb             Dawn Ann Dalbo,    5 Rio Ct,    Toms River, NJ  08757-4132

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 18, 2020 at the address(es) listed below:
        Albert  Russo   docs@russotrustee.com
        Denise E. Carlon    on behalf of Creditor    AmeriHome Mortgage Company, LLC
          dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
        John R. Morton, Jr.   on behalf of Creditor    SunTrust Bank now Truist Bank
          ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
        MaryBeth  Schroeder    on behalf of Debtor Richard  Dalbo marybeth@schroedermb-law.com
        MaryBeth  Schroeder    on behalf of Joint Debtor Dawn Ann Dalbo marybeth@schroedermb-law.com
        Rebecca Ann Solarz   on behalf of Creditor    AmeriHome Mortgage Company, LLC
          rsolarz@kmllawgroup.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                            TOTAL: 7