| Information to identify the case: | | | |
|---|---|---|---|
| **Debtor 1** | Richard Dalbo | Social Security number or ITIN: | xxx–xx–9759 |
| | First Name   Middle Name   Last Name | EIN: _ _–_ _ _ _ _ _ _ | |
| **Debtor 2** (Spouse, if filing) | Dawn Ann Dalbo | Social Security number or ITIN: | xxx–xx–0740 |
| | First Name   Middle Name   Last Name | EIN: _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court: District of New Jersey | | Date case filed in chapter: | 13   9/26/19 |
| Case number: 19–28306–CMG | | Date case converted to chapter: | 7   9/2/20 |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline      12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| **1.** | **Debtor's full name** | Richard Dalbo | Dawn Ann Dalbo |
| **2.** | **All other names used in the last 8 years** | | |
| **3.** | **Address** | 6125 Galleon Way<br>Tampa, FL 33615–3635 | 5 Rio Ct<br>Toms River, NJ 08757–4132 |
| **4.** | **Debtor's attorney**<br>Name and address | MaryBeth Schroeder<br>Law Office of MaryBeth Schroeder<br>802 Main Street<br>Unit 2A<br>Toms River, NJ 08753 | Contact phone (732) 228–7400<br>Email:  marybeth@schroedermb–law.com |
| **5.** | **Bankruptcy trustee**<br>Name and address | Bunce Atkinson<br>Bunce D. Atkinson, Chapter 7 Trustee<br>1011 Highway 71<br>Suite 200<br>Spring Lake, NJ 07762 | Contact phone 732–449–0525 |

For more information, see page 2 >

Debtor  **Richard Dalbo**  and  **Dawn Ann Dalbo**                                          Case number **19–28306–CMG**

---

| 6. | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856 | 402 East State Street<br>Trenton, NJ 08608<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br><br>Contact phone 609–858–9333<br><br>Date: 9/3/20 |

---

| 7. | **Meeting of creditors**<br><br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **October 7, 2020 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Section 341 Meeting will be conducted by telephone. Please consult the docket or contact the trustee appointed to the case for access or call–in information.** |

---

| 8. | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |

---

| 9. | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9).<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 12/7/20** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

---

| 10. | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |

---

| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |

| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
|---|---|

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                        page **2**

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-28306-CMG
Richard Dalbo                                                             Chapter 7
Dawn Ann Dalbo
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 2          Date Rcvd: Sep 03, 2020
                             Form ID: 309A         Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 05, 2020.
```
db/jdb      #Richard Dalbo,    Dawn Ann Dalbo,    6125 Galleon Way,    Tampa, FL 33615-3635
tr          +Bunce Atkinson,    Bunce D. Atkinson, Chapter 7 Trustee,    1011 Highway 71,    Suite 200,
              Spring Lake, NJ 07762-3232
518478736   +Amerihome Mtg Co LLC,    21300 Victory Blvd,    Woodland Hills, CA  91367-2525
518478741  ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court: Cbna,    50 NW Point Blvd,    Elk Grove Village, IL  60007-1032)
518601184    Citibank, N.A.,    5800 S Corporate Pl,    Sioux Falls, SD  57108-5027
518478745    Diamond Resorts,    PO Box 8526,    Coral Springs, FL  33075-8526
518482372   +Diamond Resorts US Collection,    POB 845189,    Dallas, TX 75284-5189
518478747    Eagle Peak Emergency Phys,    PO Box 16170,    Philadelphia, PA 19101-1150
518534167    First Florida Credit Union,    Post Office Box 3637,    Tallahassee FL 32315-3637
518478752    NPAS,    PO Box 99400,    Louisville, KY  40269-0400
518589749   +PNC Bank NA,    Bankruptcy Department,    PO BOX 94982,    Cleveland, OH 44101-4982
518478753   +Pnc Bank, N.A.,    1 Financial Pkwy,    Kalamazoo, MI 49009-8002
518507017   +Poinciana Medical Center,    Resurgent Capital Services,    PO Box 1927,
              Greenville, SC 29602-1927
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty          E-mail/Text: marybeth@schroedermb-law.com Sep 04 2020 00:07:59      MaryBeth Schroeder,
              Law Office of MaryBeth Schroeder,    802 Main Street,    Unit 2A,    Toms River, NJ  08753
smg          E-mail/Text: usanj.njbankr@usdoj.gov Sep 04 2020 00:08:52      U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 04 2020 00:08:49      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
518478735   +EDI: RMCB.COM Sep 04 2020 03:43:00      American Medical Collection Agency,    4 Westchester Plz,
              Elmsford, NY 10523-1615
518478737    EDI: TSYS2.COM Sep 04 2020 03:43:00      Barclaycard,    PO Box 8833,
              Wilmington, DE  19899-8833
518478738    EDI: TSYS2.COM Sep 04 2020 03:43:00      Barclays Bank Delaware,    PO Box 8803,
              Wilmington, DE  19899-8803
518552937   +EDI: AIS.COM Sep 04 2020 03:43:00      Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
              Oklahoma City, OK 73118-7901
518478739    EDI: CAPITALONE.COM Sep 04 2020 03:43:00      Capital One Bank USA N,    PO Box 30281,
              Salt Lake City, UT  84130-0281
518478740    EDI: RMSC.COM Sep 04 2020 03:43:00      Carecredit,    PO Box 960061,    Orlando, FL  32896-0061
518478742    EDI: WFNNB.COM Sep 04 2020 03:43:00      Comenitybank/kay,    PO Box 182789,
              Columbus, OH  43218-2789
518478743    EDI: WFNNB.COM Sep 04 2020 03:43:00      Comenitycb/hsn,    PO Box 182120,
              Columbus, OH  43218-2120
518478744    EDI: WFNNB.COM Sep 04 2020 03:43:00      Comenitycb/overstock,    PO Box 182120,
              Columbus, OH  43218-2120
518493987    EDI: DISCOVER.COM Sep 04 2020 03:43:00      Discover Bank,    Discover Products Inc,
              PO Box 3025,    New Albany, OH  43054-3025
518478746    EDI: DISCOVER.COM Sep 04 2020 03:43:00      Discover Fin Svcs LLC,    PO Box 15316,
              Wilmington, DE  19850-5316
518478748    E-mail/Text: legal@firstflorida.org Sep 04 2020 00:08:48      First Florida Credit U,
              500 W 1st St,    Jacksonville, FL  32202-3939
518530140    E-mail/Text: legal@firstflorida.org Sep 04 2020 00:08:48      First Florida Credit Union,
              Post Office Box 43310,    Jacksonville, FL  32203-3310
518576231    EDI: JEFFERSONCAP.COM Sep 04 2020 03:43:00      Jefferson Capital Systems LLC,    Po Box 7999,
              Saint Cloud Mn 56302-9617
518478749   +EDI: RMSC.COM Sep 04 2020 03:43:00      Lowes /Synchrony Bank,    PO Box 530914,
              Atlanta, GA 30353-0914
518478750   +E-mail/Text: specialassets@northpointe.com Sep 04 2020 00:08:51      Northpointe Bank,
              3333 Deposit Dr NE,    Grand Rapids, MI 49546-1469
518478751   +E-mail/PDF: lossmitigation@nwfcu.org Sep 04 2020 00:26:23      Northwest Fcu,    PO Box 1229,
              Herndon, VA 20172-1229
518602286    EDI: PRA.COM Sep 04 2020 03:43:00      Portfolio Recovery Associates, LLC,    c/o Diamond Resorts,
              POB 41067,    Norfolk VA 23541
518478754    E-mail/PDF: HCABKNotifications@resurgent.com Sep 04 2020 00:12:48      Poinciana Medical Center,
              PO Box 740771,    Cincinnati, OH  45274-0771
518587398    EDI: Q3G.COM Sep 04 2020 03:43:00      Quantum3 Group LLC as agent for,    Comenity Bank,
              PO Box 788,    Kirkland, WA  98083-0788
518587402    EDI: Q3G.COM Sep 04 2020 03:43:00      Quantum3 Group LLC as agent for,    Comenity Capital Bank,
              PO Box 788,    Kirkland, WA  98083-0788
518512051   +EDI: STF1.COM Sep 04 2020 03:43:00      SunTrust Bank,    Attn: Support Services,
              P.O. Box 85092,    Richmond, VA 23286-0001
518478755    EDI: RMSC.COM Sep 04 2020 03:43:00      Suntrust Bank,    PO Box 85526,
              Richmond, VA  23285-5526
518478757    EDI: RMSC.COM Sep 04 2020 03:43:00      Syncb/Care Credit,    C/o,    PO Box 965036,
              Orlando, FL  32896-5036
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Sep 03, 2020
                             Form ID: 309A             Total Noticed: 48
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
518478760        EDI: RMSC.COM Sep 04 2020 03:43:00     Syncb/Lumber Liquidato,   C/o,    PO Box 965036,
                 Orlando, FL  32896-5036
518478762        EDI: RMSC.COM Sep 04 2020 03:43:00     Syncb/Sams Club,    PO Box 965005,
                 Orlando, FL  32896-5005
518478756        EDI: RMSC.COM Sep 04 2020 03:43:00     Syncb/ashley Homestore,   C/o,    PO Box 965036,
                 Orlando, FL  32896-5036
518478758        EDI: RMSC.COM Sep 04 2020 03:43:00     Syncb/jcp,   PO Box 965007,   Orlando, FL  32896-5007
518478759        EDI: RMSC.COM Sep 04 2020 03:43:00     Syncb/lowes,    PO Box 956005,   Orlando, FL  32801
518478761        EDI: RMSC.COM Sep 04 2020 03:43:00     Syncb/rakutn,    PO Box 965024,   Orlando, FL  32896-5024
518482147       +EDI: RMSC.COM Sep 04 2020 03:43:00     Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
518585279       +EDI: AIS.COM Sep 04 2020 03:43:00      Verizon,    by American InfoSource as agent,
                 4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                    TOTAL: 35

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518482373        Eugene Ravenal
                                                                             TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2020                           Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 3, 2020 at the address(es) listed below:
```
          Albert  Russo   docs@russotrustee.com
          Bunce  Atkinson   bunceatkinson@aol.com,   NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,
          atkinson@remote7solutions.com
          Denise E. Carlon   on behalf of Creditor    AmeriHome Mortgage Company, LLC
          dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          John R. Morton, Jr.   on behalf of Creditor    SunTrust Bank now Truist Bank
          ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
          MaryBeth  Schroeder   on behalf of Debtor Richard  Dalbo marybeth@schroedermb-law.com
          MaryBeth  Schroeder   on behalf of Joint Debtor Dawn Ann Dalbo marybeth@schroedermb-law.com
          Rebecca Ann Solarz   on behalf of Creditor    AmeriHome Mortgage Company, LLC
          rsolarz@kmllawgroup.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                             TOTAL: 8
```