UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

THE KELLY FIRM, P.C.
Andrew J. Kelly, Esq.
1011 Highway 71, Suite 200
Spring Lake, NJ  07762
(732) 449-0525
akelly@kbtlaw.com
Attorneys for Bunce D. Atkinson,
Chapter 7 Trustee

Order Filed on December 14, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

RICHARD DALBO and DAWN ANN DALBO,
Debtors.

Case No.:     19-28306

Chapter:     7

Judge:     CMG

# ORDER AUTHORIZING RETENTION OF

## THE KELLY FIRM, P.C.

The relief set forth on the following page is **ORDERED**.

**DATED: December 14, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain ___The Kelly Firm, P.C.___
as ___Attorneys for the Trustee___, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:   1011 Highway 71
   Suite 200
   Spring Lake, NJ  07762

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-28306-CMG |
| Richard Dalbo | Chapter 7 |
| Dawn Ann Dalbo | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 14, 2020 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**
\#            Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | # Richard Dalbo, Dawn Ann Dalbo, 6125 Galleon Way, Tampa, FL 33615-3635 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2020              Signature:       /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew J. Kelly | on behalf of Trustee Bunce Atkinson akelly@kbtlaw.com wsheridan@kbtlaw.com;saudino@kbtlaw.com;kgaldieri@kbtlaw.com;tgraga@kbtlaw.com |
| Bunce Atkinson | bunceatkinson@aol.com  NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com |
| Denise E. Carlon | on behalf of Creditor AmeriHome Mortgage Company  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor SunTrust Bank now Truist Bank ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| MaryBeth Schroeder | on behalf of Joint Debtor Dawn Ann Dalbo marybeth@schroedermb-law.com |

District/off: 0312-3     User: admin     Page 2 of 2
Date Rcvd: Dec 14, 2020     Form ID: pdf903     Total Noticed: 1

MaryBeth Schroeder
    on behalf of Debtor Richard Dalbo marybeth@schroedermb-law.com

Rebecca Ann Solarz
    on behalf of Creditor AmeriHome Mortgage Company LLC rsolarz@kmllawgroup.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8