UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 19-28306 |
| RICHARD DALBO | Chapter: | 7 |
| | Judge: | CMG |

## NOTICE OF PROPOSED PRIVATE SALE

_____Bunce D. Atkinson_____, ___Chapter 7 Trustee___, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:  Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ  08608

If an objection is filed, a hearing will be held before the Honorable ___Christine M. Gravelle___ on ___November 22, 2022___ at _10:00_ a.m. at the United States Bankruptcy Court, courtroom no. _3_, _402 East State Street, Trenton, New Jersey_. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:   Debtor Estate's interest in 5 Rio Court, Berkeley Twp., NJ. The sale is free and clear of all liens, claims, and encumbrances except for the existing mortgage, real estate taxes, and homeowner association liens if any, and with no warranties express or implied. All exemptions in the property are waived and shall be paid from the sale proceeds.

Proposed Purchaser:   Dawn Dalbo, Debtor

Sale price:  $45,000.00

☐ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional:

Amount to be paid:

Services rendered:

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Bunce D. Atkinson, Chapter 7 Trustee

Address: 1011 Highway 71, Suite 200, Spring Lake, NJ 07762

Telephone No.: (732) 449-0525

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 19-28306-CMG
Richard Dalbo  Chapter 7
Dawn Ann Dalbo
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4
Date Rcvd: Oct 20, 2022      Form ID: pdf905      Total Noticed: 48

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | # | Richard Dalbo, 6125 Galleon Way, Tampa, FL 33615-3635 |
| jdb | | Dawn Ann Dalbo, 5 Rio Ct, Toms River, NJ 08757-4132 |
| cr | + | SunTrust Bank now Truist Bank, C/O Morton & Craig, LLC, 110 Marter Ave. Suite 301, Moorestown, NJ 08057-3124 |
| 518478736 | | Amerihome Mtg Co, LLC, 21300 Victory Blvd, Woodland Hills, CA 91367-2525 |
| 518478745 | | Diamond Resorts, PO Box 8526, Coral Springs, FL 33075-8526 |
| 518482372 | + | Diamond Resorts US Collection, POB 845189, Dallas, TX 75284-5189 |
| 518478747 | | Eagle Peak Emergency Phys, PO Box 80150, Philadelphia, PA 19101-1150 |
| 518534167 | | First Florida Credit Union, Post Office Box 3637, Tallahassee FL 32315-3637 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 20 2022 20:32:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 20 2022 20:32:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518478735 | + | Email/Text: bkrpt@retrievalmasters.com | Oct 20 2022 20:32:00 | American Medical Collection Agency, 4 Westchester Plz, Elmsford, NY 10523-1615 |
| 518478737 | | Email/Text: BarclaysBankDelaware@tsico.com | Oct 20 2022 20:31:00 | Barclaycard, PO Box 8833, Wilmington, DE 19899-8833 |
| 518478738 | | Email/Text: BarclaysBankDelaware@tsico.com | Oct 20 2022 20:31:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 518478741 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 20 2022 20:44:02 | Cbna, 50 NW Point Blvd, Elk Grove Village, IL 60007-1032 |
| 518552937 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 20 2022 20:54:37 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518478739 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 20 2022 20:54:41 | Capital One Bank USA N, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 518478740 | | Email/PDF: gecsedi@recoverycorp.com | Oct 20 2022 20:44:08 | Carecredit, PO Box 960061, Orlando, FL 32896-0061 |
| 518601184 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 20 2022 20:44:02 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |

Case 19-28306-CMG   Doc 86   Filed 10/22/22   Entered 10/23/22 00:13:39   Desc Imaged
Certificate of Notice   Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 20, 2022 | Form ID: pdf905 | Total Noticed: 48 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 518478742 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 20 2022 20:31:00 | | Comenitybank/kay, PO Box 182789, Columbus, OH 43218-2789 |
| 518478743 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 20 2022 20:31:00 | | Comenitycb/hsn, PO Box 182120, Columbus, OH 43218-2120 |
| 518478744 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 20 2022 20:31:00 | | Comenitycb/overstock, PO Box 182120, Columbus, OH 43218-2120 |
| 518493987 | | Email/Text: mrdiscen@discover.com Oct 20 2022 20:31:00 | | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518478746 | | Email/Text: mrdiscen@discover.com Oct 20 2022 20:31:00 | | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 518478748 | | Email/Text: legal@firstflorida.org Oct 20 2022 20:32:00 | | First Florida Credit U, 500 W 1st St, Jacksonville, FL 32202-3939 |
| 518530140 | | Email/Text: legal@firstflorida.org Oct 20 2022 20:32:00 | | First Florida Credit Union, Post Office Box 43310, Jacksonville, FL 32203-3310 |
| 518576231 | | Email/Text: JCAP_BNC_Notices@jcap.com Oct 20 2022 20:32:00 | | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518478749 | + | Email/PDF: gecsedi@recoverycorp.com Oct 20 2022 20:43:59 | | Lowes /Synchrony Bank, PO Box 530914, Atlanta, GA 30353-0914 |
| 518478752 | ^ | MEBN Oct 20 2022 20:30:17 | | NPAS, PO Box 99400, Louisville, KY 40269-0400 |
| 518478750 | | Email/Text: specialassets@northpointe.com Oct 20 2022 20:32:00 | | Northpointe Bank, 3333 Deposit Dr NE, Grand Rapids, MI 49546-1467 |
| 518478751 | + | Email/PDF: lossmitigation@nwfcu.org Oct 20 2022 20:44:20 | | Northwest Fcu, PO Box 1229, Herndon, VA 20172-1229 |
| 518589749 | | Email/Text: Bankruptcy.Notices@pnc.com Oct 20 2022 20:31:00 | | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 518478753 | | Email/Text: Bankruptcy.Notices@pnc.com Oct 20 2022 20:31:00 | | Pnc Bank, N.A., 1 Financial Pkwy, Kalamazoo, MI 49009-8003 |
| 518602286 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 20 2022 20:44:02 | | Portfolio Recovery Associates, LLC, c/o Diamond Resorts, POB 41067, Norfolk VA 23541 |
| 518507017 | + | Email/PDF: resurgentbknotifications@resurgent.com Oct 20 2022 20:44:02 | | Poinciana Medical Center, Resurgent Capital Services, PO Box 1927, Greenville, SC 29602-1927 |
| 518478754 | | Email/PDF: HCABKNotifications@resurgent.com Oct 20 2022 20:44:02 | | Poinciana Medical Center, PO Box 740771, Cincinnati, OH 45274-0771 |
| 518587398 | | Email/Text: bnc-quantum@quantum3group.com Oct 20 2022 20:31:00 | | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518587402 | | Email/Text: bnc-quantum@quantum3group.com Oct 20 2022 20:31:00 | | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518512051 | + | Email/Text: bankruptcy@bbandt.com Oct 20 2022 20:31:00 | | SunTrust Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 518478755 | | Email/Text: bankruptcy@bbandt.com Oct 20 2022 20:31:00 | | Suntrust Bank, PO Box 85526, Richmond, VA 23285-5526 |
| 518478757 | | Email/PDF: gecsedi@recoverycorp.com Oct 20 2022 20:44:00 | | Syncb/Care Credit, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 518478760 | | Email/PDF: gecsedi@recoverycorp.com Oct 20 2022 20:44:08 | | Syncb/Lumber Liquidato, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 518478762 | | Email/PDF: gecsedi@recoverycorp.com Oct 20 2022 20:44:09 | | Syncb/Sams Club, PO Box 965005, Orlando, FL 32896-5005 |
| 518478756 | | Email/PDF: gecsedi@recoverycorp.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 20 2022 20:44:10 | Syncb/ashley Homestore, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 518478758 | | Email/PDF: gecsedi@recoverycorp.com | Oct 20 2022 20:43:59 | Syncb/jcp, PO Box 965007, Orlando, FL 32896-5007 |
| 518478759 | | Email/PDF: gecsedi@recoverycorp.com | Oct 20 2022 20:44:09 | Syncb/lowes, PO Box 956005, Orlando, FL 32801 |
| 518478761 | | Email/PDF: gecsedi@recoverycorp.com | Oct 20 2022 20:44:00 | Syncb/rakutn, PO Box 965024, Orlando, FL 32896-5024 |
| 518482147 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 20 2022 20:43:59 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518585279 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 20 2022 20:54:34 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518482373 | | Eugene Ravenal |
| r | ##+ | Steve LoTiempio, Arista Realty Group, 507 Tapatio Lane, Poinciana, Fl 34759-3619 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 22, 2022          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew J. Kelly | on behalf of Trustee Bunce Atkinson akelly@kbtlaw.com wsheridan@kbtlaw.com;sbrenner@kbtlaw.com |
| Bunce Atkinson | on behalf of Trustee Bunce Atkinson bunceatkinson@aol.com NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com |
| Bunce Atkinson | bunceatkinson@aol.com NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com |
| Denise E. Carlon | on behalf of Creditor AmeriHome Mortgage Company LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor SunTrust Bank now Truist Bank ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| MaryBeth Schroeder | on behalf of Debtor Richard Dalbo marybeth@schroedermb-law.com |

District/off: 0312-3 | User: admin | Page 4 of 4
Date Rcvd: Oct 20, 2022 | Form ID: pdf905 | Total Noticed: 48

MaryBeth Schroeder
    on behalf of Joint Debtor Dawn Ann Dalbo marybeth@schroedermb-law.com

Michael A. Artis
    on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9