Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 19–28306–CMG
Chapter: 7
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Richard Dalbo | Dawn Ann Dalbo |
| 6125 Galleon Way | 5 Rio Ct |
| Tampa, FL 33615–3635 | Toms River, NJ 08757–4132 |

Social Security No.:
  xxx–xx–9759                                       xxx–xx–0740

Employer's Tax I.D. No.:

---

## CERTIFICATION OF NO OBJECTION

    I <u>Wanda Rogers</u> , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Private Sale:

Description of Property (if applicable):

Debtor Estate's interest in 5 Rio Court, Berkeley Twp., NJ.

Dated: November 16, 2022
JAN: wdr

                                                                                 Jeanne Naughton
                                                                                 Clerk