**THE KELLY FIRM, P.C.**
Andrew J. Kelly, Esq.
Bunce D. Atkinson, Esq..
Coast Capital Building
1011 Highway 71, Suite 200
Spring Lake, New Jersey 07762
(732) 449-0525
akelly@kbtlaw.com
bunceatkinson@aol.com
*Attorneys for the Trustee, Bunce D. Atkinson, Esq.*

Order Filed on November 22, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re:<br><br>RICHARD DALBO and<br>DAWN ANN DALBO,<br><br>              Debtors. | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>Chapter 7<br><br>Case No.: 19-28306<br><br>Hon. Christine M. Gravelle, U.S.B.J.<br><br>Hearing Date: November 22, 2022<br>                  at 10:00 a.m. |

**ORDER AUTHORIZING SALE OF DEBTOR ESTATE'S INTEREST IN REAL PROPERTY TO DEBTOR DAWN ANN DALBO SUBJECT TO ALL MORTGAGES, REAL ESTATE TAXES, MUNICIPAL LIENS, AND HOMEOWNER'S ASSOCIATION FEES, IF ANY, BUT FREE AND CLEAR OF ALL OTHER LIENS, INCLUDING BUT NOT LIMITED TO JUDGMENT LIENS, CLAIMS, AND ENCUMBRANCES, WITH LIENS, CLAIMS, AND ENCUMBRANCES TO ATTACH TO THE PROCEEDS OF SALE**

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: November 22, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page (2)

Debtor:           Richard Dalbo and Dawn Ann Dalbo
Case No.:         19-28306 CMG
Caption of Order: ORDER AUTHORIZING SALE OF REAL PROPERTY

THIS MATTER having been opened to the Court by The Kelly Firm, P.C., attorneys for the Chapter 7 Trustee, Bunce D. Atkinson (the "Trustee"); notice having been provided to the Debtors, the attorney for the Debtors, the United States Trustee, and parties in interest on the certification of service, and the Court having read and considered the Trustee's Motion and supporting pleadings seeking the entry of the within Order and any timely opposition filed; and the Court having considered the arguments of counsel (if any) at the hearing; and the Court having concluded that Dawn Ann Dalbo (the "Debtor") qualifies as "good faith" purchaser under the criteria set forth in In re Abbott's Dairies of Pennsylvania, Inc., 788 F.2d 143 (3rd Cir. 1986); and the Court having considered that the offer from the Purchaser is fair and reasonable and constitutes the highest and best offer; and it appearing that proper notice and service has been provided and made as demonstrated by the Certification of Service filed with this Court; and for all the terms set forth on the record; and for good cause being shown; it is hereby

**ORDERED AS FOLLOWS:**

1.      Bunce D. Atkinson, the Chapter 7 Trustee, be and hereby is authorized pursuant to 11 U.S.C. § 363 to sell the Debtor Estate's interest in real property located at 5 Rio Court, Berkeley Township, NJ (the "Property") to the Debtor Dawn Ann Dalbo for the principal sum of $45,000.00 subject to any mortgage liens, real estate taxes, municipal liens, and homeowners association liens, if any, but free and clear of all other liens, including but not limited to judgment liens, claims, and encumbrances, with liens, claims, and encumbrances to attach to the proceeds of sale.

Page (3)

Debtor:         Richard Dalbo and Dawn Ann Dalbo
Case No.:       19- 28306 CMG
Caption of Order:  ORDER AUTHORIZING SALE OF REAL PROPERTY

    2.  The sale is without any representation or warranty including any express, implied, fitness for a particular purpose or of habitability warranty and will be evidenced by a Trustee Deed.

    3.  Payment shall be made by the Debtors to the Trustee within 5 business days of the entry of this order.

    4.  The Debtors are not entitled to any exemption in the funds paid to the Debtor Estate.

    5.  All requirements of 11 U.S.C. § § 363(b) and (f) for the sale of the Property to the Debtors has been satisfied and any objections to such sale have been overruled.

    6.  The Debtor is a good faith purchaser under 11 U.S.C. § 363(m) as to the Property and, as such, are entitled to the protection afforded thereby.

    7.  The proceeds of sale shall be paid to the Trustee for the benefit of creditors.

    8.  The fourteen (14) day stay under Federal Rule of Bankruptcy Procedure 6004(h) is waived.

    9.  A copy of the within order shall be served upon all secured creditors or their counsel, the twenty (20) largest unsecured creditors, appropriate taxing authorities, and the Office of the United States Trustee within __7__ days after its entry.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-28306-CMG |
| Richard Dalbo | Chapter 7 |
| Dawn Ann Dalbo | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 22, 2022 | Form ID: pdf903 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol     Definition**
\#          Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | # | Richard Dalbo, 6125 Galleon Way, Tampa, FL 33615-3635 |
| jdb | | Dawn Ann Dalbo, 5 Rio Ct, Toms River, NJ 08757-4132 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2022             Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew J. Kelly | |
| | on behalf of Trustee Bunce Atkinson akelly@kbtlaw.com  wsheridan@kbtlaw.com;sbrenner@kbtlaw.com |
| Bunce Atkinson | |
| | on behalf of Trustee Bunce Atkinson bunceatkinson@aol.com NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com |
| Bunce Atkinson | |
| | bunceatkinson@aol.com  NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com |
| Denise E. Carlon | |
| | on behalf of Creditor AmeriHome Mortgage Company  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | |

District/off: 0312-3 User: admin Page 2 of 2
Date Rcvd: Nov 22, 2022 Form ID: pdf903 Total Noticed: 2

| | |
|---|---|
| | on behalf of Creditor SunTrust Bank now Truist Bank ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| MaryBeth Schroeder | on behalf of Joint Debtor Dawn Ann Dalbo marybeth@schroedermb-law.com |
| MaryBeth Schroeder | on behalf of Debtor Richard Dalbo marybeth@schroedermb-law.com |
| Michael A. Artis | on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9