# BUNCE D. ATKINSON
# CHAPTER 7 TRUSTEE

Coast Capital Building
1011 Highway 71, Suite 200
Spring Lake, New Jersey 07762-2030
(732) 449-0525
(732) 449-0592-FAX

February 3, 2023

Clerk, US Bankruptcy Court
Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608

   RE: Richard Dalbo and Dawn Dalbo
      Case No. 19-28306 CMG

Dear Clerk:

  I am preparing a Final Report for the above case and respectfully request confirmation of any outstanding fees due the Court. Please docket a response so I can proceed to finalize my report and include fees, if any, due the Court. Thank you.

              Very truly yours,

              */s/Bunce D. Atkinson*
              BUNCE D. ATKINSON,
              Chapter 7 Bankruptcy Trustee

BDA:ted