Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 19−28306−CMG
Chapter: 7
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Richard Dalbo
6125 Galleon Way
Tampa, FL 33615−3635

Dawn Ann Dalbo
5 Rio Ct
Toms River, NJ 08757−4132

Social Security No.:
xxx−xx−9759

xxx−xx−0740

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:      3/7/23
Time:      02:00 PM
Location:  Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Andrew J. Kelly, Trustee's Attorney

COMMISSION OR FEES
Fees: $7,199.00

EXPENSES
$248.65

If this is a chapter 13 case, the fees and expenses awarded:

☐    will not reduce the amount to be paid to general unsecured
     creditors under the plan.

☐    will reduce the amount to be paid to general unsecured
     creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: February 3, 2023
JAN: rms

                                                        Jeanne Naughton
                                                       Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 19-28306-CMG
Richard Dalbo  Chapter 7
Dawn Ann Dalbo
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3 | User: admin | Page 1 of 4
Date Rcvd: Feb 03, 2023 | Form ID: 137 | Total Noticed: 48

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | # | Richard Dalbo, 6125 Galleon Way, Tampa, FL 33615-3635 |
| jdb | | Dawn Ann Dalbo, 5 Rio Ct, Toms River, NJ 08757-4132 |
| cr | + | SunTrust Bank now Truist Bank, C/O Morton & Craig, LLC, 110 Marter Ave. Suite 301, Moorestown, NJ 08057-3124 |
| 518478736 | | Amerihome Mtg Co, LLC, 21300 Victory Blvd, Woodland Hills, CA 91367-2525 |
| 518478745 | | Diamond Resorts, PO Box 8526, Coral Springs, FL 33075-8526 |
| 518482372 | + | Diamond Resorts US Collection, POB 845189, Dallas, TX 75284-5189 |
| 518478747 | | Eagle Peak Emergency Phys, PO Box 80150, Philadelphia, PA 19101-1150 |
| 518534167 | | First Florida Credit Union, Post Office Box 3637, Tallahassee FL 32315-3637 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 03 2023 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 03 2023 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518478735 | + | Email/Text: bkrpt@retrievalmasters.com | Feb 03 2023 20:44:00 | American Medical Collection Agency, 4 Westchester Plz, Elmsford, NY 10523-1615 |
| 518478737 | | Email/Text: BarclaysBankDelaware@tsico.com | Feb 03 2023 20:44:00 | Barclaycard, PO Box 8833, Wilmington, DE 19899-8833 |
| 518478738 | | Email/Text: BarclaysBankDelaware@tsico.com | Feb 03 2023 20:44:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 518478741 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 03 2023 20:47:50 | Cbna, 50 NW Point Blvd, Elk Grove Village, IL 60007-1032 |
| 518552937 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 03 2023 20:47:49 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518478739 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 03 2023 20:47:54 | Capital One Bank USA N, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 518478740 | | Email/PDF: gecsedi@recoverycorp.com | Feb 03 2023 20:47:47 | Carecredit, PO Box 960061, Orlando, FL 32896-0061 |
| 518601184 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 03 2023 20:47:59 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |

Case 19-28306-CMG    Doc 94    Filed 02/05/23    Entered 02/06/23 00:14:24    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 03, 2023 | Form ID: 137 | Total Noticed: 48 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 518478742 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 03 2023 20:44:00 | | Comenitybank/kay, PO Box 182789, Columbus, OH 43218-2789 |
| 518478743 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 03 2023 20:44:00 | | Comenitycb/hsn, PO Box 182120, Columbus, OH 43218-2120 |
| 518478744 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 03 2023 20:44:00 | | Comenitycb/overstock, PO Box 182120, Columbus, OH 43218-2120 |
| 518493987 | | Email/Text: mrdiscen@discover.com Feb 03 2023 20:43:00 | | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518478746 | | Email/Text: mrdiscen@discover.com Feb 03 2023 20:43:00 | | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 518478748 | | Email/Text: legal@firstflorida.org Feb 03 2023 20:44:00 | | First Florida Credit U, 500 W 1st St, Jacksonville, FL 32202-3939 |
| 518530140 | | Email/Text: legal@firstflorida.org Feb 03 2023 20:44:00 | | First Florida Credit Union, Post Office Box 43310, Jacksonville, FL 32203-3310 |
| 518576231 | | Email/Text: JCAP_BNC_Notices@jcap.com Feb 03 2023 20:44:00 | | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518478749 | + | Email/PDF: gecsedi@recoverycorp.com Feb 03 2023 20:47:55 | | Lowes /Synchrony Bank, PO Box 530914, Atlanta, GA 30353-0914 |
| 518478752 | ^ | MEBN Feb 03 2023 20:41:41 | | NPAS, PO Box 99400, Louisville, KY 40269-0400 |
| 518478750 | | Email/Text: specialassets@northpointe.com Feb 03 2023 20:44:00 | | Northpointe Bank, 3333 Deposit Dr NE, Grand Rapids, MI 49546-1467 |
| 518478751 | + | Email/PDF: lossmitigation@nwfcu.org Feb 03 2023 20:47:41 | | Northwest Fcu, PO Box 1229, Herndon, VA 20172-1229 |
| 518589749 | | Email/Text: Bankruptcy.Notices@pnc.com Feb 03 2023 20:43:00 | | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 518478753 | | Email/Text: Bankruptcy.Notices@pnc.com Feb 03 2023 20:43:00 | | Pnc Bank, N.A., 1 Financial Pkwy, Kalamazoo, MI 49009-8003 |
| 518602286 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 03 2023 20:47:42 | | Portfolio Recovery Associates, LLC, c/o Diamond Resorts, POB 41067, Norfolk VA 23541 |
| 518507017 | + | Email/PDF: resurgentbknotifications@resurgent.com Feb 03 2023 20:47:59 | | Poinciana Medical Center, Resurgent Capital Services, PO Box 1927, Greenville, SC 29602-1927 |
| 518478754 | | Email/PDF: HCABKNotifications@resurgent.com Feb 03 2023 20:47:42 | | Poinciana Medical Center, PO Box 740771, Cincinnati, OH 45274-0771 |
| 518587398 | | Email/Text: bnc-quantum@quantum3group.com Feb 03 2023 20:44:00 | | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518587402 | | Email/Text: bnc-quantum@quantum3group.com Feb 03 2023 20:44:00 | | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518512051 | + | Email/Text: bankruptcy@bbandt.com Feb 03 2023 20:44:00 | | SunTrust Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 518478755 | | Email/Text: bankruptcy@bbandt.com Feb 03 2023 20:44:00 | | Suntrust Bank, PO Box 85526, Richmond, VA 23285-5526 |
| 518478757 | | Email/PDF: gecsedi@recoverycorp.com Feb 03 2023 20:47:47 | | Syncb/Care Credit, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 518478760 | | Email/PDF: gecsedi@recoverycorp.com Feb 03 2023 20:47:41 | | Syncb/Lumber Liquidato, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 518478762 | | Email/PDF: gecsedi@recoverycorp.com Feb 03 2023 20:47:55 | | Syncb/Sams Club, PO Box 965005, Orlando, FL 32896-5005 |
| 518478756 | | Email/PDF: gecsedi@recoverycorp.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Feb 03 2023 20:47:56 | Syncb/ashley Homestore, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 518478758 | | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Feb 03 2023 20:47:56 | Syncb/jcp, PO Box 965007, Orlando, FL 32896-5007 |
| 518478759 | | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Feb 03 2023 20:47:47 | Syncb/lowes, PO Box 956005, Orlando, FL 32801 |
| 518478761 | | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Feb 03 2023 20:47:54 | Syncb/rakutn, PO Box 965024, Orlando, FL 32896-5024 |
| 518482147 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Feb 03 2023 20:47:49 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518585279 | + | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Feb 03 2023 20:47:41 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518482373 | | Eugene Ravenal |
| r | ##+ | Steve LoTiempio, Arista Realty Group, 507 Tapatio Lane, Poinciana, Fl 34759-3619 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2023        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew J. Kelly | on behalf of Trustee Bunce Atkinson akelly@kbtlaw.com  wsheridan@kbtlaw.com |
| Bunce Atkinson | on behalf of Trustee Bunce Atkinson bunceatkinson@aol.com NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com |
| Bunce Atkinson | bunceatkinson@aol.com  NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com |
| Denise E. Carlon | on behalf of Creditor AmeriHome Mortgage Company  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor SunTrust Bank now Truist Bank ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| MaryBeth Schroeder | on behalf of Debtor Richard Dalbo marybeth@schroedermb-law.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 4 |
| Date Rcvd: Feb 03, 2023 | Form ID: 137 | Total Noticed: 48 |

MaryBeth Schroeder
    on behalf of Joint Debtor Dawn Ann Dalbo marybeth@schroedermb-law.com

Michael A. Artis
    on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9