| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>THE KELLY FIRM, P.C.<br>Andrew J. Kelly, Esq.<br>Bunce D. Atkinson, Esq.<br>1011 Highway 71, Suite 200<br>Spring Lake, NJ 07762<br>Attorneys for Bunce D. Atkinson, the Chapter 7 Trustee<br>732-449-0525<br>akelly@kbtlaw.com | |
| In Re:<br><br>RICHARD DALBO and<br>DAWN ANN DALBO,<br>                              Debtors. | Case No.: 19-28306-CMG<br>Hearing Date: 2/21/2023<br>Judge: CMG<br>Chapter: 7 |

Order Filed on March 7, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 7, 2023**

*Honorable Christine M. Gravelle*
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| The Kelly Firm, P.C. | $7,199.00 | $248.65 |
| Trustee's Attorney | | |

*rev.8/1/15*