UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on May 2, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Richard Dalbo
Dawn Ann Dalbo

Case No.: 19-28306-CMG

Hearing Date: 5/2/23

Judge: Christine M. Gravelle

Chapter: 7

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 2, 2023**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Bunce D. Atkinson, Trustee | $5,250.00 | $79.80 |

*rev. 7/1/04 jml*