UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

THE KELLY FIRM, PC
Coast Capital Building
1011 Highway 71, Suite 200
Spring Lake, New Jersey 07762-2030
(732) 449-0525
BA9186
Attorneys for Bunce D. Atkinson,
   Chapter 7 Trustee

In Re:

RICHARD DALBO and DAWN ANN DALBO,

                  Debtors.

Case No.:  19-28306

Chapter:  7

Judge:  CMG

## NOTICE DEPOSITING UNCLAIMED FUNDS
### PURSUANT TO D.N.J. LBR 3011-1(a)

    Bunce D. Atkinson, trustee in the above captioned matter states that the entire amount in the trustee's account has been disbursed and that the following funds remain unclaimed. The undersigned will immediately forward a check to the court in the amount of $383.05, payable to the Clerk, United States Bankruptcy Court. The parties entitled to said funds are listed below together with their last known address.

| PAYEE<br>NAME AND ADDRESS | AMOUNT |
|---|---|
| Poinciana Medical Center<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville, SC  29602 | $292.20 |
| Poinciana Medical Center<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville, SC  29602 | $40.55 |
| Poinciana Medical Center<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville, SC  29602 | $50.30 |

| PAYEE NAME AND ADDRESS | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Date:  8/23/23                              /s/Bunce D. Atkinson
                                            Trustee

*rev.8/1/15*