UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

THE KELLY FIRM, PC
Coast Capital Building
1011 Highway 71, Suite 200
Spring Lake, New Jersey 07762-2030
(732) 449-0525
BA9186
Attorneys for Bunce D. Atkinson,
    Chapter 7 Trustee

In Re:

RICHARD DALBO and DAWN ANN DALBO,

Debtors.

Case No.:   19-28306

Chapter:   7

Judge:   CMG

## NOTICE DEPOSITING UNCLAIMED FUNDS
## PURSUANT TO D.N.J. LBR 3011-1(a)

_____Bunce D. Atkinson_____, trustee in the above captioned matter states that the entire amount in the trustee's account has been disbursed and that the following funds remain unclaimed. The undersigned will immediately forward a check to the court in the amount of _____$383.05_____, payable to the Clerk, United States Bankruptcy Court. The parties entitled to said funds are listed below together with their last known address.

| PAYEE NAME AND ADDRESS | AMOUNT |
|---|---|
| Poinciana Medical Center<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville, SC  29602 | $292.20 |
| Poinciana Medical Center<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville, SC  29602 | $40.55 |
| Poinciana Medical Center<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville, SC  29602 | $50.30 |

| PAYEE NAME AND ADDRESS | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Date: 8/23/23                              /s/Bunce D. Atkinson
                                           Trustee

*rev.8/1/15*