Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 19–28306–CMG
Chapter: 7
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Richard Dalbo | Dawn Ann Dalbo |
| 6125 Galleon Way | 5 Rio Ct |
| Tampa, FL 33615–3635 | Toms River, NJ 08757–4132 |

Social Security No.:
xxx–xx–9759                                         xxx–xx–0740

Employer's Tax I.D. No.:

---

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Bunce Atkinson is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>November 30, 2023</u>            <u>Christine M. Gravelle</u>
                                                                    Judge, United States Bankruptcy Court